IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID M. DAVID,

   Plaintiff,      No. CIV S-11-0014 EFB P

 vs.

A. GUTIERREZ, et al.,

   Defendants.    <u>ORDER</u>

_____/

  Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests leave to proceed *in forma pauperis*.

  Plaintiff alleges a violation of his civil rights in Coalinga, California. Coalinga is in the Fresno Division of this court and the action should have been commenced there. *See* Local Rule 120(d). The court has not yet ruled on plaintiff's request to proceed *in forma pauperis*.

  Accordingly, it is hereby orderd that:

  1. This action is transferred to the Fresno Division.

  2. The Clerk of Court shall assign a new case number.

////

////

////

1

1  3. All future filings shall bear the new case number and shall be filed at:

2  United States District Court
   Eastern District of California
3  2500 Tulare Street
   Fresno, CA 93721
4

5  DATED: January 12, 2011.

6                                   _____
   EDMUND F. BRENNAN
7  UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2