# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. DAVID, | CASE NO. 1:11-cv-00061-OWW-SMS PC |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME |
| v. | (ECF No. 21) |
| A. GUTIERREZ, et al., | THIRTY-DAY DEADLINE |
| Defendants. | |

Plaintiff David M. David ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On May 25, 2011, Plaintiff filed a motion for a thirty day extension of time to file an objection to the findings and recommendations issued May 10, 2011.  Good cause having been presented to the Court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that Plaintiff is granted thirty (30) days from the date of service of this order in which file objections to the findings and recommendations.

IT IS SO ORDERED.

**Dated:    June 10, 2011            _____/s/ Sandra M. Snyder_____**
UNITED STATES MAGISTRATE JUDGE