# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. DAVID, | CASE NO. 1:11-cv-00061-LJO-BAM PC |
| Plaintiff, | ORDER STRIKING COMPLAINT FOR FAILURE TO COMPLY WITH A COURT ORDER |
| v. | |
| A. GUTIERREZ, et al., | (ECF No. 23) |
| Defendants. | THIRTY-DAY DEADLINE |

Plaintiff David M. David ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed an unsigned complaint in this action on January 3, 2011. (ECF No 1.) On May 10, 2011, an order issued striking Plaintiff's complaint for lack of a signature and granting Plaintiff thirty days in which to file a complaint in compliance with the order. (ECF No. 18.) In the order Plaintiff was advised that his complaint must comply with Federal Rules of Civil Procedure 8 and 18, was not to contain any legal argument or case citations, and could not exceed twenty five pages in length. (Id. at 2.) Plaintiff filed a complaint on June 13, 2011.[1] (ECF No. 23.)

Once again Plaintiff's complaint fails to comply with Rules 8 and 18. Plaintiff's complaint is thirty pages long, encompasses unrelated events that occurred from April 15, 2010, through December 2010, and includes legal citations and argument. Plaintiff's complaint also references a fifty page points and authorities that he intends to submit with the complaint. Accordingly,

---

[1] The Court notes that although docketed as a first amended complaint, no complaint has been filed. Therefore, any complaint filed by Plaintiff shall be his original complaint.

1  Plaintiff's complaint, filed June 13, 2011, shall be stricken from the record.

2      Plaintiff shall be granted one final opportunity to file a complaint in compliance with this
3  order and the order issued May 10, 2011.  As Plaintiff was previously advised the purpose of his
4  complaint is not to state a chronological timeline of every incident that has occurred, but to state the
5  facts of his case describing how each defendant is involved.  Plaintiff is advised to refer to the order
6  issued May 10, 2011, for further instructions regarding his complaint.

7      Based on the foregoing it is HEREBY ORDERED that:

8      1.  Plaintiff's complaint, filed June 13, 2011, is STRICKEN FROM THE RECORD;

9      2.  Within thirty days from the date of service of this order, Plaintiff shall file a
10         complaint in compliance with this order and the order issued May 10, 2011; and

11     3.  If Plaintiff fails to file a complaint in compliance with this order, this action will be
12         dismissed for failure to comply with a court order.

13 IT IS SO ORDERED.

14 **Dated:**   **May 29, 2012**         /s/ **Barbara A. McAuliffe**
                                                                             UNITED STATES MAGISTRATE JUDGE